UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
CHARLES T. HOLDEN,                                      :
                                                        :
                        Plaintiff,                      :
                                                        :
            -v-                                         :
                                                        :         25-CV-07197 (JAV)
EMTC WARDEN; THE CITY OF NEW YORK;                      :
OFFICER LINSEY; CORRECTIONAL CAPTAIN                    :         ORDER
HARRIS; CHAVEZ; CORRECTIONAL OFFICER                   :
WALKER; CORRECTIONAL OFFICER CALY-MORE;                :
CORRECTIONAL CAPTAIN GONZALEZ,                         :
                                                        :
                        Defendants.                     :
                                                        :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

Plaintiff brings this action *pro se*, asserting claims that arose when he was at the Eric M.

Taylor Center (EMTC) in the custody of the New York City Department of Correction (DOC).

By order dated September 19, 2025, the Court granted Plaintiff's request to proceed *in forma*

*pauperis* (IFP), that is, without prepayment of fees.[1]

On January 14, 2026, Plaintiff moved for leave to file a supplemental complaint under

Rule 15(d) of the Federal Rules of Civil Procedure.  By separate order, the Court granted

Plaintiff's motion to supplement the complaint with the new claims arising at West Facility in

September and October 2025, against the existing defendants.  The Court therefore treats the

original complaint, ECF No. 1, and the supplemental complaint as to the claims at West Facility,

together as the operative complaint.

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted
permission to proceed IFP.  *See* 28 U.S.C. § 1915(b)(1).

**DISCUSSION**

**A.    Waiver of Service**

The Clerk of Court is directed to notify the New York City DOC and the New York City Law Department of this Order.  The Court requests waivers of service of summons from Defendants City of New York, EMTC Warden, Officer Linsey, Correctional Captain Harris, Officer Chavez, Officer Walker, Officer Caly-More, and Captain Gonzalez.

**B.    Order to Identify Defendants**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant.  121 F.3d 72, 76 (2d Cir. 1997).  In the complaint, Plaintiff alleges that on July 20, 2025, Officers Chavez and John Doe #2 conducted an unlawful search of Plaintiff in the 5 main dorm at EMTC, in violation of Plaintiff's rights.  Plaintiff supplies sufficient information to permit the New York City DOC to identify John Doe #2, and it is therefore ordered that the New York City Law Department, which is the attorney for and agent of the DOC, must ascertain the identity and badge number of John Doe #2 and the address where the defendant may be served.[2]  The New York City Law Department must provide this information to Plaintiff and the Court **within sixty days of the date of this order**.

**Within thirty days of receiving this information**, Plaintiff must file an amended complaint with the real name of this defendant.  The amended complaint will replace, not supplement, the original complaint.  An amended complaint form for Plaintiff to complete after receiving this information is attached to this order.  Once Plaintiff has filed an amended complaint with the real name of John Doe #2, the Court will screen the amended complaint and,

---

[2] If the Doe defendant is a current or former DOC employee or official, the New York City Law Department should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving DOC defendants.

if necessary, issue an order asking this defendant to waive service.

The Court **FURTHER ORDERS** that, if the DOC is unable to waive service for one or more of the named defendants (EMTC Warden, Officer Linsey, Correctional Captain Harris, Officer Chavez, Officer Walker, Officer Caly-More, and Captain Gonzalez) because Plaintiff has not included the full name or badge number, the New York City Law Department must provide the full names and badge numbers within 60 days of the date that the waiver of service is returned unexecuted.

Plaintiff has not at this time supplied sufficient information to identify John Doe #1, who is described as an individual who had a full view of Plaintiff doing an intrusive anal cavity search on an unidentified date.  The Court therefore does not at this time request that the New York City Law Department identify this individual, and the claims against this individual cannot proceed unless Plaintiff provides additional facts.

## C.    Automatic Discovery

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action.  Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents."  These documents may be found at the following URL:  http://nysd.uscourts.gov/file/forms/plaintiff-interrogatories-amp-request-for-production-of-documents-prisoner-cases-local-rule-33-2.  Within 120 days of service of the complaint, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[3]

---

[3] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.

**CONCLUSION**

The Clerk of Court is directed to mail an information package to Plaintiff.

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order.  The Court requests that the following Defendants waive service of summons:  EMTC Warden, the City of New York, Officer Linsey, Correctional Captain Harris, Officer Chavez, Officer Walker, Officer Caly-More, and Captain Gonzalez.

The Clerk of Court is directed to mail a copy of this order and the complaint (including the supplemental complaint, ECF No. 9) to the New York City Law Department at:  100 Church Street New York, NY 10007.

Local Civil Rule 33.2 applies to this action.

SO ORDERED.

Dated:  April 8, 2026
        New York, New York

_____
        JEANNETTE A. VARGAS
        United States District Judge

4