UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES T. HOLDEN,

Plaintiff(s),

-against-

EMTC WARDEN; et al.,

Defendant(s).

25-CV-07197 (JAV)

ORDER OF SERVICE

JEANNETTE A. VARGAS, United States District Judge:

The Court is in receipt of the letter in response to the Order dated July 15, 2026, providing addresses where Defendants Warden Sonya Harvey, Captain Dominique Harris, Captain Erik Gonzalez, Correction Officer Dontae Walker, Correction Officer Akeem Collymore, and Correction Officer David Lindsay may be served. See ECF No. 26 at 2.

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants Warden Sonya Harvey (Shield No. 69), Captain Dominique Harris (Shield No. 1773), Captain Erik Gonzalez (Shield No. 1266), Correction Officer Dontae Walker (Shield No. 20001), Correction Officer Akeem Collymore (Shield No. 10020), and Correction Officer David Lindsay (Shield No. 9327) waive service of summons.

Additionally, considering that Plaintiff's Amended Complaint omits both John Doe officers, ECF No. 25, Defendant City of New York is relieved of its obligation to identify them.

SO ORDERED.

Dated: July 30, 2026
New York, New York

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge